UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WENDELL OROSCO,

                        Plaintiff,                  NOT FOR PUBLICATION

      -against-                    **ORDER**

THE LONG ISLAND JEWISH
MEDICAL CENTER,                              05-CV-3418 (CBA) (LB)

                        Defendant.
------------------------------------------------------------x
AMON, United States District Judge:

       The Court has received the Report and Recommendation (R&R) of the Honorable Lois Bloom, United States Magistrate Judge, recommending that plaintiff's motion for a preliminary injunction be denied and that defendant's motion for summary judgment be granted, such that the case should be dismissed. Because no party objected to the R&R, the Court hereby adopts the R&R as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case. In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from a judgment entered herein would not be taken in good faith and that *in forma pauperis* status should be denied for purpose of any appeal.

       SO ORDERED.

Dated: Brooklyn, New York
       July 18, 2007

                                                    Carol Bagley Amon
                                                  United States District Judge